# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DARRYL MANCO,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br>**v.**<br><br>**VILLAGE GREEN MANAGEMENT COMPANY,**<br><br>Defendant. | **Civil Action No. 3:20-cv-3159**<br><br><br>**Jury Demanded** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

### PLAINTIFF

1.    Darryl Manco, on behalf of himself and all others similarly situated

2.    *Plaintiff's Counsel*
J. Forester & Meredith Black-Mathews, Forester Haynie PLLC

### DEFENDANTS

1.    Village Green Management Company

2.    Defendant's Counsel

3.    All persons and entities listed on Defendant's Certificate of Interested Parties

Respectfully submitted,

**FORESTER HAYNIE PLLC**

 /s/ *J. Forester*
J. FORESTER

Texas Bar No. 24087532
Meredith Black-Mathews
Texas Bar No. 24055180
400 N. St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document will be served on Defendants with Plaintiff's Original Complaint and Summons.

/s/ *J. Forester*
**J. FORESTER**