IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DARRYL MANCO,** individually and on behalf of similarly situated persons**,**<br><br>  *Plaintiff*,<br>          v.<br><br>**VILLAGE GREEN MANAGEMENT COMPANY.,**<br><br>  *Defendant*. | Civil Action No. 3:20-cv-3159<br><br>**JURY DEMANDED** |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiff Darryl Manco, by and through the undersigned counsel, hereby files this Notice of Filing Additional Consents and in support attaches **Exhibit A – Consent Forms**, which contains consent forms for the following opt-in Plaintiffs:

- Barber, Rodney
- Hall, Charles
- Ivory, Darius

Respectfully submitted,

**Forester Haynie PLLC**

/s/ J.Forester
**J. Forester**
Texas Bar No. 24087532
**Meredith Mathews**
Texas Bar No.24055180
400 N St Paul St, Ste 700
Dallas, TX 75201
(214) 210-2100 phone
(214) 346-5909 fax
jay@foresterhaynie.com
mmathews@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was filed using the Court's Electronic Case Filing System and will be served on all counsel of record using the same.

                                                                                         */s/ J. Forester*
                                                                                         **J. Forester**