IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DARRYL MANCO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VILLAGE GREEN MANAGEMENT COMPANY,**<br><br>Defendant. | Civil Action No. 3:20-cv-03159<br><br>Jury Demanded |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Darryl Manco, individually and on behalf of similarly situated persons, and Defendant Village Green Management Company (collectively, "Parties"), hereby file this Joint Notice of Settlement and respectfully show the Court as follows:

1. The Parties have reached a settlement in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement and dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of the settlement agreement and dismissal documents, should be completed within the next thirty (30) days.

3. At that time, the Parties intend to file a Joint Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41 upon receipt of consideration for the resolution, and as agreed to by the Parties.

WHEREFORE, the Parties provide their Joint Notice of Settlement, and respectfully request that the Court vacate all existing litigation deadlines in this matter, as it has been resolved in its entirety as to all Parties.

Respectfully submitted,

*/s/ Katherine Serrano*
**KATHERINE SERRANO**
Texas Bar No. 24110764
**J. FORESTER**
Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N. St. Paul Street, Suite 700
Dallas, TX 75201
(214) 288-8519 phone
(469) 399-1070 fax
kserrano@foresterhaynie.com
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

**-and-**

*/s/ Tracy Graves Wolf*
**TRACY GRAVES WOLF**
Texas Bar No. 24004994
**JENNIFER H. HINDS**
Texas Bar No. 24120441
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
(214) 999-6147 – Telephone
(214) 999-6170 – Fax
Tracy.Wolf@huschblackwell.com
Jennifer.hinds@huschblackwell.com

**ATTORNEYS FOR DEFENDANT,
VILLAGE GREEN MANAGEMENT
COMPANY**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was electronically served on all counsel of record.

*/s/ Katherine Serrano*
**KATHERINE SERRANO**
