UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
CASE NO. 3:20-CV-3159

| | |
|---|---|
| **DARRYL MANCO, individually and on behalf of all others similarly situated,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| **VILLAGE GREEN MANAGEMENT COMPANY,** | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Named Plaintiff Darryl Manco and opt-in party plaintiffs Rodney Barber, Charles Hall, Darius Ivory, Brandon Farnham, Ryan Henry, Michael Mosley, and Xavier Anderson (collectively, "Plaintiffs"), through their undersigned counsel, and Defendant Village Green Management Company through its undersigned counsel, hereby jointly notify the Court of the stipulated dismissal with prejudice of all claims herein, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), with each party to bear their own costs and fees in connection with this action. The claims of all parties to this litigation are resolved and the parties seek dismissal with prejudice as to all parties and claims.

This the 10th day of May 2022.

STIPULATED AND AGREED BY COUNSEL FOR ALL PLAINTIFFS:

                                         */s/Katherine Serrano*
**KATHERINE SERRANO**
Texas Bar No. 24110764
**J. FORESTER**
Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N. St. Paul Street, Suite 700
Dallas, TX 75201
(214) 288-8519 phone
(469) 399-1070 fax
kserrano@foresterhaynie.com
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF AND OPT-IN PLAINTIFFS**

STIPULATED AND AGREED BY COUNSEL FOR DEFENDANT:

                                         */s/ Tracy Graves Wolf*
**TRACY GRAVES WOLF**
Texas Bar No. 24004994
**JENNIFER N. HINDS**
Texas Bar No. 24120441
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
(214) 999-6147 – Telephone
(214) 999-6170 – Fax
Tracy.Wolf@huschblackwell.com
Jennifer.hinds@huschblackwell.com

**ATTORNEYS FOR DEFENDANT VILLAGE GREEN MANAGEMENT COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

                                                          */s/ Katherine Serrano*
                                                      **KATHERINE SERRANO**